HORATIO G. PHILLIPS *versus* BENJAMIN WOODWORTH

JOURNAL ENTRIES (1822): *Journal 3:* (1) Rule for special bail or procedendo
*p. 299; (2) time for filing declaration extended *p. 356.

PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus and return; (3) recognizance and bail piece; (4) declaration; (5) precipe for discontinuance.

*1822–23 Calendar*, MS p. 17. Recorded in *Book B*, MS pp. 252–54.